GEORGE F. MOON, Respondent, *v.* J. J. HOY, JR., et al., Appellants.

Argued March 4, 1938; decided March 18, 1938.

*Harry H. Flemming* and *Earl S. Jones* for appellants. *Lester Robert Smith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.